

# Supreme Court
## STATE OF LOUISIANA
### New Orleans

PASCAL F. CALOGERO, JR.
CHIEF JUSTICE

JOHN TARLTON OLIVIER
CLERK OF COURT

May 5, 2005

400 ROYAL STREET
NEW ORLEANS, LA 70130

TELEPHONE  (504) 310-2300
HOME PAGE  http://www.lasc.org

Hon. William K. Suter
Clerk, U.S. Supreme Court
Office of the Clerk
Washington, D.C. 20543

*05 mc 38*

In Re:    Douglas Charles Dorhauer
          Bar Roll no. 28558
          Baton Rouge, LA
          Docket no. 2005-B-0908

Dear Mr. Suter:

Enclosed please find the action taken by this Court in the above-entitled matter.  The case became final in this Court on **April 21, 2005.**

With kindest regards, I remain,

*✱ 2 pending cases*
    *4neb*

Very truly yours,

John Tarlton Olivier
Clerk of Court

By:    Jeffrey C. Collins
       Chief Deputy Clerk of Court

JCC:pal
Enclosure
ccs:    Hon. Charles R. Fulbruge, III,
        Clerk, U.S. Court of Appeals, Fifth Circuit
        Hon. Loretta G. Whyte, USDC, Eastern District
        Beth Perry, USDC, Middle District
        Hon. Robert H. Shemwell, USDC, Western District
        Hon. Charles B. Plattsmier, Disciplinary Counsel
        Joseph L. Shea, Esq., Chairman Disciplinary Board
        Denise Tingstrom, Director of Admin., LSBA
        Donna Roberts, Administrator, Disciplinary Board
        Hon. Sidney Strickland, Secretary, ICC
        Regional Director, IRS
        Hon. Hugh M. Collins, Ph.D., Judicial Administrator
        Monique Leon, Notarial Archives
        George Lowe, Off. of Hearing/Appeals Social Security Administration
        Fox McKeithen, State of Louisiana, Notarial Commission
        Harvey Lewis

Hon. Christine L. Crow
Clerk, 1st Circuit Ct. Of Appeal
Hon. Diana Pratt-Wyatt
Clerk, 2nd Circuit Ct. Of Appeal
Hon. Charles K. McNeely
Clerk, 3rd Circuit Ct. Of Appeal
Hon. Danielle Schott
Clerk, 4th Circuit Ct. Of Appeal
Hon. Peter Fitzgerald
Clerk, 5th Circuit Ct. Of Appeal

*FJPw/record*
*RET*
*JJB*
*JVP*

# The Supreme Court of the State of Louisiana

IN RE:  DOUGLAS CHARLES DORHAUER

NO.  2005-B-0908

– – – – – –

IN RE:  Dorhauer, Douglas Charles ; Disciplinary Counsel ; –
Plaintiff(s); Applying for Joint Petition for Interim Suspension by
Consent Pursuant to Rule XIX Section 19.3, Parish of Acadia,

– – – – – –

April 21, 2005

Interim suspension ordered.  See attached order.

JTK

PFC

CDK

BJJ

CDT

JLW

Supreme Court of Louisiana
April 21, 2005

*Katherine A. Fontana*

Deputy   Clerk of Court
For the Court

# SUPREME COURT OF LOUISIANA

## NO. 05-B-0908

## IN RE: DOUGLAS CHARLES DORHAUER

---

### ORDER

---

Considering the Joint Petition for Interim Suspension filed by respondent, Douglas Charles Dorhauer, and the Office of Disciplinary Counsel,

IT IS ORDERED that Douglas Charles Dorhauer, Louisiana Bar Roll number 28558, be and he hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, § 19.3, pending further orders of this court. Pursuant to Supreme Court Rule XIX, § 26(E), this order is effective immediately.

NEW ORLEANS, LOUISIANA, this _21st_ day of _April_ _____, 2005.

FOR THE COURT:

_Jeanette J. Knoll_
JUSTICE, SUPREME COURT OF LOUISIANA
_by JLW_