United States District Court
Middle District of Louisiana
Office of the Clerk



# MEMORANDUM

**TO**: All Judicial Officers, Lawrence Talamo, Donna Gregory, Operations (8), U.S. Bankruptcy Court

**FROM**: Nicole' Toups

**DATE:** May 11, 2005

**SUBJECT**: Attorney Disciplinary Action- Douglas Charles Dorhauer  #28558
MDLA Miscellaneous #05-38

Attorney Douglas Charles Dorhauer has been suspended by the Middle District of Louisiana, effective **April 21, 2005.**

**Mr. Dorhauer has the following pending cases in this court:**

CV  05-117-B-M1     Wheat vs Eckerd Corporation
CV  05-119-D-M3     Williams vs Eckerd Corporation